Matter of Bonilla (2020 NY Slip Op 01612)

BODY {
font-family : "Times New Roman", Times, serif;
font-size : larger;
}

P {
line-height: 150%;
text-indent: 2em
}

Matter of Bonilla

2020 NY Slip Op 01612

Decided on March 11, 2020

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 11, 2020
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department
ALAN D. SCHEINKMAN, P.J.
WILLIAM F. MASTRO
REINALDO E. RIVERA
MARK C. DILLON
CHERYL E. CHAMBERS, JJ.


2016-03859

[*1]In the Matter of Mark A. Bonilla, ON MOTION a suspended attorney. FOR REINSTATEMENT (Attorney Registration No. 2650067)

DECISION & ORDERMotion by Mark A. Bonilla for reinstatement to the Bar as an attorney and counselor-at-law. Mr. Bonilla was admitted to the Bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on March 1, 1995. By decision and order on motion of this Court dated August 12, 2016, inter alia, Mr. Bonilla was immediately suspended based on his conviction of a serious crime, and the issues raised were referred to the Honorable Patrick A. Sweeney, as Special Referee, to hear and report. By opinion and order of this Court dated August 30, 2017, Mr. Bonilla was suspended from the practice of law for a period of two years, with credit for the time elapsed under the decision and order of this Court dated August, 12, 2016 (see Matter of Bonilla, 154 AD3d 117). By decision and order on motion of this Court dated February 27, 2019, Mr. Bonilla's motion for reinstatement was held in abeyance and the matter was referred to the Committee on Character and Fitness to investigate and report on his character and fitness to practice law.Upon the papers filed in support of the motion and the papers filed in relation thereto, and upon the report of the Committee on Character and Fitness and the exhibits annexed thereto, it isORDERED that the motion is granted on condition that on or before April 13, 2020, Mark A. Bonilla file with the Clerk of this Court proof of payment of attorney registration fee arrears, as well as payment for the current registration period; and it is further,ORDERED that upon receipt of proof of payment, as directed above, the Clerk of the Court shall restore the name of Mark A. Bonilla to the roll of attorneys and counselors-at-law, and Mark A. Bonilla shall be reinstated as an attorney and counselor-at-law.SCHEINKMAN, P.J., MASTRO, RIVERA, DILLON and CHAMBERS, JJ., concur.ENTER: Aprilanne Agostino Clerk of the Court